**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     In the Interest of K. T.S. Nelson, A Child

Appellate case number:   01-21-00456-CV

Trial court case number:  2019-01064J

Trial court:               315th District Court of Harris County

This is an appeal from a final decree terminating parental rights. Appeals from orders terminating the parent-child relationship are to be brought to final disposition within 180 days of the date the notice of appeal is filed. *See* TEX. R. JUD. ADMIN. 6.2(a), *reprinted in* TEX. GOV'T CODE, tit. 2, subtit. F app. The notice of appeal in this case was filed on August 20, 2021, and thus, the date of final disposition should be no later than February 16, 2022.

The clerk's record was filed on August 27, 2021, and the reporter's record was filed on September 14, 2021. Because this is treated as an accelerated appeal, appellant's brief was due twenty days after the record was complete, which was September 27, 2021. *See* TEX. R. APP. P. 38.6(a).

Appellant has filed a motion for extension of time to file appellant's brief requesting an extension of thirty days. The Court grants an extension of **20 days from the date this order issues**. **No further extensions will be granted absent a showing of exceptional circumstances.**

It is so ORDERED.

Judge's signature: _____/s/ Richard Hightower_____
             ☑ Acting individually     ☐ Acting for the Court

Date:  ___September 30, 2021_____